IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| RACHEL LOUISE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-05038-DGK |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss (Doc. 12) is GRANTED, and this case is DISMISSED.


October 17, 2023　　　　　　　　　　 Paige Wymore-Wynn
Dated　　　　　　　　　　　　　　　Clerk of Court

October 17, 2023　　　　　　　　　　/s/ Tracy Strodtman
Entered　　　　　　　　　　　　　　(by) Deputy Clerk